IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
Asheville Division

FILED
ASHEVILLE, N.C.

MAR 5 2008

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:07cr118 |
| ) | |
| DENNIS CLARY ) | |

## ORDER

Counsel for defendant in this matter was directed to provide an explanation for his failure to appear on behalf of defendant for the sentencing hearing originally scheduled for February 14, 2008. Counsel has responded by filing a Memorandum of Explanation which fully and satisfactorily explains his absence and responds to the Court's direction.

The Clerk is directed to send a copy of this Order to all counsel of record.

/s/
_____
T. S. Ellis, III
United States District Judge

Alexandria, VA
March 5, 2008